**Appeal Dismissed and Memorandum Opinion filed August 11, 2020.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-20-00476-CR**

**ROLAND RAMOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 98-CR-0766**

## MEMORANDUM OPINION

Appellant attempts to appeal a February 7, 2020 order denying his motion for judgment nunc pro tunc, which sought to reform a judgment or judgments signed in 1999. The denial of a motion for judgment nunc pro tunc is not an appealable order. *See Sanchez v. State*, 112 S.W.3d 311, 312 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet dism'd.); *cf. Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010) (relief from denial of motion for judgment nunc pro tunc may be sought by filing application for

writ of mandamus).

On July 8, 2020, this court notified all parties of the court's intention to dismiss the appeal for lack of jurisdiction unless any party showed, within 21 days of the letter, that the court has jurisdiction. *See* Tex. R. App. P. 42.3(a). No response has been filed.

The appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.

Do Not Publish — Tex. R. App. P. 47.2(b).